UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST MICHIGAN BAND INSTRUMENTS, LLC,<br>　　　　Plaintiff,<br>-v-<br>COOPERSVILLE PUBLIC SCHOOLS, ET AL.,<br>　　　　Defendants. | No. 1:17-cv-705<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 21), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: May 10, 2018                                     /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge